### 9951.  SMITH *v.* THE STATE.

BROYLES, P. J.  1. Upon the trial of a misdemeanor case in the city court of Dublin the defendant, before arraignment and before pleading to the merits of the case, has a right to demand a jury of twelve, but he has not the right to demand a panel of twenty-four jurors from which to strike the jury. Ga. Laws, 1904, pp. 140-144, sec. 4 (p. 143). See also, in this connection, *Conyers* v. *Graham,* 81 *Ga.* 615 (4) (8 S. E. 521); *Mattox* v. *State,* 115 *Ga.* 212, 214 (41 S. E. 709). Under this ruling the amendment to the motion for a new trial is without merit.

2. The general grounds of the motion for a new trial, not having been referred to in the brief of counsel for the plaintiff in error, are treated as abandoned.

*Judgment affirmed.    Bloodworth, J., concurs.    Stephens, J., not presiding.*
                    DECIDED DECEMBER 3, 1918.

Accusation of possession of intoxicating liquor; from city court of Dublin—Judge Flynt.  June 4, 1918.

*W. A. Dampier,* for plaintiff in error.

*S. P. New, solicitor,* contra.

---

### 9990.  MELTON *v.* THE STATE.

BROYLES, P. J.  1. None of the several excerpts from the charge of the court, excepted to, when considered in connection with the entire charge, contains reversible error.

2. The court did not err in admitting in evidence the distilling apparatus found on the defendant's premises.

3. The verdict was amply supported by the evidence, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed.    Bloodworth, J., concurs.    Stephens, J., not presiding.*
                    DECIDED DECEMBER 3, 1918.

Indictment for manufacture of intoxicating liquor; from Randolph superior court—Judge Worrill.  June 22, 1918.

*C. W. Worrill, M. C. Edwards,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.